# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HEDRICK, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A.O. SMITH CORP., et al., | : | No. 16-476 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **22ⁿᵈ** day of **May**, **2018**, upon consideration of Defendants' respective motions for summary judgment, Plaintiffs' responses thereto, and Defendants' replies thereon, and for the reasons discussed in this Court's Memorandum dated May 22, 2018, it is hereby **ORDERED** that:

1. Defendant Ingersoll-Rand Co.'s motion (Document No. 194) is **GRANTED.**

2. Defendant Superior-Lidgerwood-Mundy Corp.'s motion (Document No. 189) is **GRANTED.**

3. Defendant Warren Pumps, LLC's motion (Document No. 199) is **GRANTED.**

4. Defendant Air & Liquid Systems Corp.'s motion (Document No. 195) is **DENIED.**

5. Defendant Crane Co.'s motion (Document No. 175) is **DENIED.**

6. It is **FURTHER ORDERED** that Crane Co.'s Alternative Motion to Continue Trial Date and Extend Time for Expert Discovery (Document No. 219) is **GRANTED.** Crane shall complete expert discovery by June 21, 2018.

BY THE COURT:

_____
**Berle M. Schiller, J.**